IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00246 |
| | ) | Judge Trauger |
| JEFFREY DWAYNE WALLACE | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that the hearing on the Defendant's Motion to Suppress Evidence (Docket No. 38) is **RESET** from January 7, 2013 to Wednesday, December 5, 2012, at 1:30 p.m.

It is so **ORDERED**.

ENTER this 21st day of November 2012.

_____
ALETA A. TRAUGER
U.S. District Judge