IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00246 |
| | ) | Judge Trauger |
| JEFFREY DWAYNE WALLACE | ) | |
| | ) | |

**O R D E R**

The defendant's Motion to Amend Judgment And Commitment Order *Nunc Pro Tunc* (Docket No. 61) is **GRANTED**, although the court does not understand the need for the motion. The Judgment And Commitment Order clearly states on page 1 that Counts Two and Three of the Indictment "are dismissed as to this defendant on the motion of the United States." (Docket No. 59 at 1)

It is so **ORDERED**.

ENTER this 2nd day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge