# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No. 3:11CR00246 |
| ) | Judge Aleta A. Trauger |
| **JEFFREY DWAYNE WALLACE,** ) | |
| ) | |
| **Defendant.** ) | |

# FINAL ORDER OF FORFEITURE

WHEREAS, on March 11, 2013, this Court entered a Preliminary Order of Forfeiture as to Defendatn Jeffrey Dwayne Wallace ordering him to forfeit the following property:

(1) any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property,

including but not limited to the following items: a Compaq desktop computer, serial number 4CE9470YZK; a Seagate Barracuda external hard drive 7200.12, serial number 9VM6BGC6; eMachines desktop, serial number CCV72E0000654; Hitachi external hard drive HDT722525DLA380, serial number T8DG3H9H; eMachines T6420 desktop, serial number GCD5B20023191; Seagate Barracuda hard drive 7200.7, serial number 41J2RXHX; seized from 3417 Meadowlake Terrace, Nashville, Tennessee 37217 on

September 14, 2010 and a Bryco Arms, Model Nine MM Jennings Semi-Automatic Weapon known to bear the serial number of 1397637, (hereinafter referred to collectively as 'Subject Property");

WHEREAS, the United States caused to be published notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the property was advertised on-line at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on March 14, 2013 and ending on April 12, 2013;

WHEREAS, on March 13, 2013, pursuant to 21 U.S.C. § 853(n), Mrs. Heather Wallace, and Mrs. Brenda Sue Wallace of 3417 Meadowlake Terrace, Nashville, Tennessee 37217 were sent direct notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying them that they have thirty (30) days from the date of this direct notice or thirty (30) days from the end of publication, whichever is earlier, to petition the court for a hearing to adjudicate the validity of their alleged interest in the property. Said notices were received by Jeffrey Wallace on March 15, 2013;

WHEREAS, on April 11, 2013, pursuant to 21 U.S.C. § 853(n), Cathy Lynn Buck of 4337 Wilson Road, Springfield, TN 37172-6454 was sent direct notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying her that they have thirty (30) days from the date of this direct notice or thirty (30) days from the end of publication, whichever is

earlier, to petition the court for a hearing to adjudicate the validity of her alleged interest in the property. Said certified notice was returned "unclaimed," and the regular mail notice was not returned;

WHEREAS, there are no other known persons or entities which would require direct notice of this forfeiture action pursuant to 21 U.S.C. § 853(n);

WHEREAS, no timely petition has been filed;

WHEREAS, the Court finds that the defendant had an interest in the Subject Property which is subject to forfeiture pursuant to 18 U.S.C. § 2253; and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that prior to the transfer of ownership, the United States shall ensure that it has "wiped clean" and erased all files from electronic media, including but not limited to, computers, phones, tablets, etc., of any information.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the defendant and as to any third party interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in the United States of America, and the Subject Property shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED this 23rd day of September, 2013.

_____
JUDGE ALETA A. TRAUGER
United States District Judge